In the Matter of the Construction of the Will of LLOYD TAYLOR, Deceased. EDWIN N. MOORE, as Executor of LLOYD TAYLOR, Deceased, et al., Respondents; MARY H. TAYLOR, Appellant.— Proceeding for the construction of the last will and testament of Lloyd Taylor, deceased. Decree of the Orange County Surrogate's Court, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs payable out of the estate. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

In the Matter of the Accounting of the MARINE MIDLAND TRUST COMPANY OF NEW YORK, as Substituted Trustee under the Will of DAVID L. WHITMORE, Deceased, Respondent. FREDERICK A. SMITH, Individually and as Executor of FLORENCE L. SMITH, Deceased, Appellant; GERTRUDE W. PORTEUS, Individually and as Executrix of ROSALIE R. WHITMORE, Deceased, et al., Respondents.— Proceeding for the judicial settlement of the third intermediate account of the substituted trustee herein and for a construction of the will of David L. Whitmore, deceased. Decree of the Westchester County Surrogate's Court, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs payable out of the estate. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See post, p. 755.]

LIPSKY & ROSENTHAL, INC., Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Action to recover under a "paymaster robbery" policy of insurance for loss suffered by plaintiff in a robbery. Judgment dismissing the complaint on the merits, after a trial by the court without a jury, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

CARMELLA MARCANTONIO, as Guardian ad Litem of MICHAEL MARCANTONIO, an Infant, et al., Respondents, v. CITY OF NEW YORK, Appellant.— Action by the infant plaintiff to recover damages for personal injuries sustained by him in a park maintained by defendant when his left eyelid was cut by a wire that projected from a fence therein; and by his father for expenses and loss of services. Judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.

DIMITRA PIERAKOS, as Administratrix of the Estate of PETER PIERAKOS, Deceased, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— Action to recover damages for the death of plaintiff's intestate in a collision between an auto truck in which he was riding as a passenger and one of defendant's trolley cars. Judgment in favor of defendant, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.